UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION IN THE CUSTODY OF AUTOMATTIC INC. ASSOCIATED WITH THE WEBSITE LOCATED AT URL https:/fightclub.art.blog/ | Case No. 22-mj-193-01-DL<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A SEARCH WARRANT**

I, James Martin, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application for a search warrant for information in the custody of Automattic, Inc. associated with the website https://fightclub.art.blog/. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Automattic to disclose to the government records and other information in its possession, pertaining to the users or customers associated with the subject website.

2. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 922(a)(1)(A) have been committed by Franklin Heath FOSTER. There is also probable cause to search the information described in Attachment A for evidence of these crimes, as described in Attachment B.

3. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (hereinafter, "ATF"). I am currently assigned to the Manchester, New Hampshire Field Office in the Boston Field Division. Prior to becoming an ATF Special Agent in 2017, I was a Federal Air Marshal for 11 years. Over the course of my law enforcement career, I have conducted and/or participated in a number of investigations

involving state and federal firearm violations. I have interviewed multiple victims, sources of information, witnesses, suspects, and defendants regarding various types of criminal activity. I have also served search warrants for various crimes and have made criminal arrests for firearm violations. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## BACKGROUND ON AUTOMATTIC AND WORDPRESS.COM

4.   WordPress.com is a company located in Glendale, California and owned and operated by Automattic Inc. WordPress.com provides technology that allows users to create and maintain "blog"-style websites. WordPress.com acquires and stores certain information related to users, sites, and commenters, some of which is provided at a user's discretion and is unverified. WordPress.com profits from this service, either by charging a monthly fee or by placing advertising on the user's website.

## PROBABLE CAUSE

5.   In early March of 2022, I received information that Franklin Heath FOSTER was raffling off firearms and firearm-related items on Facebook though a private Facebook group entitled "Fight Club."

6.   Using a Facebook account maintained by ATF for undercover investigations, I gained access to the Fight Club group page and discovered that the page was created on August 20, 2021. When last accessed, the group had approximately 2600 members. There are five Facebook users identified as administrators of the Fight Club group, giving them expanded permissions to post on, edit, and otherwise manage the group.

7.   On the group home page, the following information is posted:

2

> For the new members in this group there might be some confusion on how to participate. There are usually 10 seats at a certain price and you can get as many seats as you want as long as they're not called already. Underneath the list of seats will be a link to a page that shows what you're playing for. Following that will be links on how to pay. When sending in please don't leave any comments and send in as friends or family. If the game is a little pricey we'll run some minis. These minis are just cheaper spots and you're trying to win a seat on the main. Once a mini or main is full/closed I'll do a time stamped video recording to find a champ. If your name is called on a mini, go to the main drawing and call any seat that's vacant. If you don't call a main seat you get whatever seat is vacant at the end of the game but you'll still get a seat. As soon as you call a seat on a main or mini please send in your donations. If the game is closed and you haven't sent in within a certain time period your seat will be up for grabs. Also when calling a seat please comment on the main thread and don't reply to your comment when calling a different seat. Keep everything in the main thread. Below is some lingo we usually use and what it means.
>
> Bogo- buy one get one
>
> Closed- if you comment close on a game it means you want the remainder of the seats left. Books- commenting books means you want first and last seat and it's usually spot 1 and 10 on my games. Sometimes these are bogo in other games but it's rare that I make these bogo.
>
> Lastly, we don't say the "G" word, they're called pews. If you have any questions or comments as to how to play please feel free to message me. We run everything straight up and honest and it's about having fun. Play responsible and enjoy yourself. If I'm leaving anything out please comment it below. Ty!
> Heath

8. Based on my training and experience, and taken in context with all of the content posted on the group page, I understand "G" and "Pew" to refer to firearms. Upon review of the group page, it is apparent that the purpose of the Fight Club group is to conduct raffle-style sales of firearms for profit. Group members will purchase one or more numbered "seats" for a specified price. Participants are instructed to pay for their seats via CashApp, Venmo, or PayPal. Once all seats (typically ten or more) are sold, an administrator uses a random number generator to choose a winning seat, and the purchaser of that numbered seat wins the specified firearm. The

aggregate price of all seats exceeds the retail purchase price of the firearm. In the past three months, there have been approximately 200 separate firearm raffles conducted on the group page.

9. The Facebook group contains links to a separate website, located at located at https://fightclub.art.blog/, which contains additional details on the items to be raffled, including photos of specific firearms. This separate website is operated through the WordPress.com service.

10. A federal firearms licensee ("FFL"), a legally authorized firearm dealer, is required to report to ATF when a single purchaser acquires two or more handguns within five consecutive business days. ATF has received several Reports of Multiple Sale from New Hampshire FFLs, indicating that FOSTER and his live-in girlfriend, Samantha CHOUINARD, purchased multiple handguns in a five-day period. At the times of the suspected unlawful firearm sales described herein, FOSTER resided in the town of Hooksett, New Hampshire.

11. I therefore believe that FOSTER is engaged in a for-profit business in which he purchases numerous firearms from FFLs and raffles them off via the Fight Club Facebook group, while providing further information on the firearms up for raffle at the https://fightclub.art.blog/ website. 18 U.S.C. § 922(a)(1) prohibits, *inter alia*, engaging in the business of dealing in firearms without a license. I have queried the ATF database of licensed firearms dealers (Federal Licensing System) and found no record for FOSTER, CHOUINARD, the "Fight Club" Facebook group, or any other person or entity with a known connection to the group.

12. I therefore believe that the subject website is being used in furtherance of violations of 18 U.S.C. § 922(a)(1)(A) and that the requested warrant will lead to the seizure of evidence of such violations.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

13. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Automattic Inc./Wordpress.com to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

14. Based on the forgoing, I request that the Court issue the proposed search warrant.

15. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 922(a)(1)(a).

16. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving it on WordPress.com. Because the warrant will be served on WordPress.com, which will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

I declare that the foregoing is true and correct.

/s/ James Martin
James Martin
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

5

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim. P. 4.1 and affirmed under oath the content of this affidavit and application.

Date: 8/31/22
Time: 11:22 am

_____
Honorable Daniel Lynch
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the WordPress.com website/blog located at https://fightclub.art.blog/ in the custody of WordPress.com or Automattic Inc.

## ATTACHMENT B

### Particular Things to be Seized

I. **Information to be disclosed by WordPress.com and Automattic Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of WordPress.com or Automattic Inc., regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to WordPress.com or Automattic Inc., or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), WordPress.com or Automattic Inc. is required to disclose the following information associated with the website identified in Attachment A:

(a) All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b) All activity logs for the website, including IP logs, and all other documents showing the posts and other fightclub.art.blog/ activities from August 20, 2021, through the date of execution;

(c) All photos and videos uploaded to the website;

(d) All records pertaining to communications with the user(s) associated with https:/flightclub.art.blog/ including contacts with support services and records of actions taken.

WordPress.com is hereby ordered to disclose the above information to the government within 14 days of service of this warrant.

**II.    Information to be seized by the government**

All information described above in Section I that constitutes evidence of violations of 18 U.S.C. § 922(a)(1)(A) since August 20, 2021, including information pertaining to the following matters:

(a) Evidence of dealing in firearms without a license;

(b) Evidence indicating how and when the website management services were accessed or used, to determine the chronological and geographic context of access, use, and events relating to the crime under investigation;

(c) Evidence indicating the user's state of mind as it relates to the crime under investigation;

(d) Evidence about the user's location to the extent it informs travel related to the crime under investigation; and

(e) The identity of the person(s) who created or used the website, including records that help reveal the whereabouts of such person(s).